UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

GARY L. McCLAIN,

    Plaintiff,                                  CASE NO.

v.

CENTRAL CREDIT SERIVES, INC.,

    Defendant.
_____/

## VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, GARY L. McCLAIN ("Plaintiff"), by and through the undersigned attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, CENTRAL CREDIT SERIVES, INC., ("Defendant"), alleges and affirmatively states as follows:

## INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Because Defendant conducts business in the State of Florida, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person who resides in Fort Pierce, St. Lucie County, Florida and is obligated or allegedly obligated to pay a debt and is a "consumer" as that term is defined by 15 U.S.C. 1692a(3).

6. Plaintiff is informed, believes, and thereon alleges, that Defendant is a national company with a business office in Jacksonville, Duval County, Florida.

7. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

8. Plaintiff is informed, believes, and thereon alleges, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

9. Beginning in or around August 2011, Defendant constantly and continuously places collection calls to Plaintiff regarding an alleged Chase credit card debt

10. Defendant calls Plaintiff's home telephone at (772) 489-5906 and mobile phone at (321) 794-6038.

11. Defendant calls Plaintiff from various numbers including: (904) 371-5433, (888) 904-2800, (800) 387-7202, (904) 562-6650, (904) 371-5540 and (904) 562-6650.

12. Defendant calls Plaintiff two (2) to five (5) times a day.

13. For example, on September 17, 2011, Defendant called Plaintiff four (4) times and on October 4th, 2011 Defendant called Plaintiff five (5) times in a single day.

14. At the outset of the calls, Plaintiff asked for Defendant to send him something in writing and to stop calling but, to date, Plaintiff has not received anything in writing from Defendant and the calls continue.

15. Since August 2011, Defendant has left approximately 37 voice messages on Plaintiff's answering machine.

16. In its calls to Plaintiff, Defendant fails to disclose the Defendant's identity and the purpose of each call, to wit: "This is an attempt to collect a debt. This communication is from a debt collector."

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

16. Defendant violated the FDCPA. Defendant's violations include, but are not limited to the following:

a) Defendant violated *§1692d* of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of the Plaintiff;

b) Defendant violated *§1692d(6)* of the FDCPA by placing collection calls without meaningful disclosure of the caller's identity.

c) Defendant violated *§1692e* of the FDCPA by engaging in false, deceptive, or misleading representation in connection with the debt collection.

e) Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in the initial and subsequent communications with the Plaintiff that the debt collector is attempting to collect a debt.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

17. Statutory damages of $1,000.00 pursuant to the FDCPA, 15 U.S.C. 1692k;

18. Costs and reasonable attorney's fees pursuant to the FDCPA, 15 U.S.C. 1692k; and

19. Any other relief that this court deems to be just and proper.

                       RESPECTFULLY SUBMITTED,

      By:  /s/ Shireen Hormozdi
           Shireen Hormozdi
           Krohn & Moss, Ltd
           10474 Santa Monica Blvd., Suite 401
           Los Angeles, CA 90025
           Phone:  (323) 988-2400 ext. 267
           Fax:    (866) 802-0021
           Attorney for Plaintiff
           FBN: 0882461

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, GARY L. McCLAIN, hereby demands trial by jury in this action.

# VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF FLORIDA

Plaintiff, GARY L. McCLAIN, says as follows:

1. I am a Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

Pursuant to 28 U.S.C. § 1746(2), I, GARY L. McCLAIN, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: OCT. 12, 2011

_____
GARY L. McCLAIN
Plaintiff

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL    5