**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION**

GARY L. McCLAIN,

    Plaintiff,                                    CASE NO. 11-cv-14395-KMM

v.

CENTRAL CREDIT SERIVES, INC.,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, GARY L. McCLAIN, and Defendant, CENTRAL CREDIT SERIVES, INC., stipulate, and the Court hereby orders, as follows:

The dispute between the parties has been settled; therefore, the claims asserted by Plaintiff, GARY L. McCLAIN, against Defendant, CENTRAL CREDIT SERIVES, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

Dated: March 7, 2012                                   RESPECTFULLY SUBMITTED,

                                                          By: /s/ Shireen Hormozdi
                                                              Shireen Hormozdi, Esq.
                                                              FBN: 0882461
                                                              Krohn & Moss, Ltd
                                                              10474 Santa Monica Blvd.,
                                                              Suite 401
                                                              Los Angeles, CA 90025
                                                              Phone: (323) 988-2400
                                                              Fax: (866) 861-1390
                                                              shormozdi@consumerlawcenter.com
                                                              Attorney for Plaintiff
                                                              GARY L. McCLAIN

Dated:  March 7, 2012               RESPECTFULLY SUBMITTED,

               By: /s/ Ronald S. Canter

                Ronald S. Canter, Esquire
                Bar #335045
                The Law Offices of Ronald S. Canter, LLC
                200 A Monroe Street Suite 104
                Rockville, MD 20850
                Tel : 301-424-7490
                Facsimile: 301- 424-7470
                E-Mail; rcanter@roncanterllc.com
                Attorneys for Defendant
                CENTRAL CREDIT SERIVES